**Order entered May 21, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00573-CV

### NORDSTROM INC., THOMAS ZAROBAN, JR., AND LAUREN GALE, Appellants

### V.

### GOLPAR SIAMAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PARNAZ M. CHEKINI, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00690-D**

## ORDER

This is an accelerated appeal. Before the Court is court reporter Coral L. Wahlen's May 20, 2019 request for an extension of time to file the record.

We **GRANT** the request and **ORDER** the reporter's record be filed no later than May 31, 2019.


/s/  KEN MOLBERG
   JUSTICE